NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GAELCO S.A., GAELCO DARTS S.L.,**
*Plaintiffs-Appellants*

**v.**

**ARACHNID 360, LLC,**
*Defendant-Appellee*

---

2018-1469

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:16-cv-10629, Judge Thomas M. Durkin.

---

**JUDGMENT**

---

ROBERT STEPHAN RIGG, Vedder Price PC, Chicago, IL, argued for plaintiffs-appellants. Also represented by JOHN K. BURKE.

ANTHONY J. FUGA, Holland & Knight, LLP, Chicago, IL, argued for defendant-appellee. Also represented by, R. DAVID DONOGHUE, STEVEN E. JEDLINSKI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (HUGHES, SCHALL, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 13, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |